1  Marjorie E. Manning, SBN  118643
   John P. Coleman, SBN 60844
2  **BOLLING & GAWTHROP**
   A Professional Corporation
3  8880 Cal Center Drive, Suite 190
   Sacramento, California  95826
4  Telephone:  (916) 369-0777
   Facsimile:  (916) 369-2698
5
6  Attorneys for Defendant County of Mono

7  John S. Manzano, Esq.
   **MINARET LEGAL SERVICES, APC**
8  181 Sierra Manor Road, #4
   P.O. Box 8931
9  Mammoth Lakes, CA 93546
   Telephone:  (760) 934-4660
10 Facsimile: (760) 924-7992

11 Attorneys for Plaintiff Theodore A. Rauh

12

13                      UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16  THEODORE A. RAUH, an individual,          Case No.:  2:12-CV-00115-WBS-EFB

17              Plaintiff,                    **STIPULATED REQUEST TO MODIFY
                                              DATES AND TERMS OF**
18       vs.                                  **SCHEDULING ORDER OTHER THAN
                                              DATE OF TRIAL AND ORDER**
19  COUNTY OF MONO, a public entity, DIANE    **[L.R. 143]**
    ANTHONY, an individual; DOES 1 to 10 (County
20  Jail Medical Personnel); DOES 11 to 20 (County    Hon. Edmund F. Brennan
    Jail Deputies); DOES 21-50, inclusive,    Courtroom:  8
21
            Defendants.
22

23        **STIPULATED REQUEST TO MODIFY DATES AND TERMS OF SCHEDULING
                      ORDER OTHER THAN DATE OF TRIAL**
24

25        Pursuant to Local Rule 143 and to paragraph IX of the Status (Pretrial Scheduling) Order

26  (Doc. 8, filed April 19, 2012) ("Scheduling Order"), all parties hereto (defendant Diane Anthony

27  has not been served) stipulate and respectfully request the Court to modify the dates and terms of

28

Bolling &
Gawthrop
*A Professional
Corporation*

the Scheduling Order as set forth below.  This request is made necessary by the unavailability of plaintiff to appear for his deposition, previously set for January 17, 2013, until after the present cutoff date for non-expert discovery now set for February 1, 2013.  The parties have exchanged the Rule 26 discovery information and documents, have subpoenaed, obtained, and reviewed pertinent medical records concerning the plaintiff's claimed injuries and damages, and have exchanged written discovery.  It is anticipated that the non-expert discovery can be completed by a new proposed cutoff date of March 9, 2013.

There have been no previous requests for modification of the original Pretrial Scheduling Order.  The parties have agreed to the following modifications of the initial Scheduling Order consistent with the Court's calendar and the original trial date which the parties do not seek to modify:

March 9, 2013:          Deadline to complete non-expert discovery.

March 25, 2013:         Deadline for plaintiff to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

April 9, 2013:          Deadline for defendant to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

May 17, 2013:           Deadline for completing all discovery, including depositions for preservation of testimony and expert witnesses.

June 29, 2013:          Deadline for filing all motions except motions for continuances, temporary restraining orders, or other emergency applications.

July 29, 2013:          Deadline for hearing all motions, except motions for continuances, temporary restraining orders, or other emergency applications.

August 19, 2013:        Final Pretrial Conference at 2:00 p.m. in Courtroom No. 5.

October 8, 2013:        Jury Trial at 9:00 a.m. in Courtroom 5 [unchanged].

DATED:  January 14, 2013.                    BOLLING & GAWTHROP


By:  //s// John P. Coleman_____
John P. Coleman
Attorneys for County of Mono

Bolling &
Gawthrop
*A Professional
Corporation*

1   Dated:  January _____, 2013.                    MINARET LEGAL SERVICES, APC

2
                                                           signature on original
3                                                 By: _____
                                                        John S. Manzano
4                                                 Attorneys for Plaintiff

5

6                                         **ORDER**

7           IT IS SO ORDERED.[1]

8   DATED:  January 15, 2013.

9                                         _____
                                          EDMUND F. BRENNAN
10                                        UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28
           [1] In light of the parties' stipulation, the Rule 16 good cause standard is not addressed herein.

STIPULATED REQUEST TO MODIFY DATES AND TERMS OF SCHEDULING ORDER
OTHER THAN DATE OF TRIAL AND ORDER [L.R. 143]